AO 450 (Rev. 5/85) Judgment in a Civil Case

United States District Court
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**DESIGN IDEAS, LTD.**

     vs.          Case Number:  **03-3269**

**WORLD KITCHEN, INC. and**
**WAL-MART STORES, INC.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott: this cause of action is dismissed with prejudice.  Each party is to bear its own costs.-------------------------------

ENTER this 17th day of August, 2004

JOHN M. WATERS, CLERK

_____s/\_\_C. Taylor_____
BY:  DEPUTY CLERK